■ In the Matter of GLEN FOX, Respondent, v NEW YORK CITY DEPARTMENT OF EDUCATION, Appellant. [18 NYS3d 329]—

Order and judgment (one paper), Supreme Court, New York County (Alice Schlesinger, J.), entered May 9, 2014, to the extent appealed from as limited by the briefs, vacating the penalty of termination of petitioner's employment, and remanding the matter for a determination by a new hearing officer of

a lesser penalty, unanimously reversed, on the law, without costs, the petition dismissed, and the penalty reinstated.

Petitioner, a tenured guidance counselor at a New York City school, engaged in a course of conduct over two years demonstrating, inter alia, insubordination, professional unfitness, inability to handle a crisis situation, disclosure of confidential information, and inadequate record keeping. The termination of his employment is not so disproportionate to this pattern of misconduct as to shock our sense of fairness (*see Lackow v Department of Educ. [or "Board"] of City of N.Y.*, 51 AD3d 563, 569 [1st Dept 2008]). Concur—Tom, J.P., Renwick, Andrias, Moskowitz and Manzanet-Daniels, JJ.